United States District Court
Southern District of Texas
ENTERED
August 21, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CARLOS ANDRES CALDERON, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-904 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Petitioner Carlos Andres Calderon alleges that Respondents intend to remove him to a third country. While Petitioner previously received a negative fear finding as to Mexico, Petitioner alleges he has not received a fear screening as to any other country. (Pet., Doc. 1, ¶ 42)

In previous analogous cases, the Court has concluded that Respondents must comply with certain procedural safeguards before removing an alien to a third country. *See Guerra Gutierrez De Guerra v. Warden, Port Isabel Serv. Processing Ctr.*, No. 1:26-CV-327, 2026 WL 1179777 (S.D. Tex. Apr. 30, 2026); *Aranda-Gomez v. Bondi*, No. 1:25-cv-258 (S.D. Tex., Feb. 20, 2026). Such safeguards include at least seven days' notice before removal to a designated third country, as well as compliance with the notice and interview provisions of the March 2025 Guidance regarding removal of aliens to third countries, regardless of whether Respondents have received credible diplomatic assurances from that country that aliens removed there will not be persecuted or tortured.

To facilitate the Court's consideration of the issues that Petitioner presents, it is:

**ORDERED** that by no later than September 4, 2026, Respondents shall file a response to Petitioner Carlos Andres Calderon's Petition for Writ of Habeas Corpus (Doc. 1).

Signed on August 21, 2026.

Fernando Rodriguez, Jr.
United States District Judge